IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 100.40.162.124,

    Defendant.

Civil Action No. 7:15-cv-09229-VB

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/16
```

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"), through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 100.40.162.124. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 1, 2016

*The Clerk is instructed to close the case.*

APPLICATION GRANTED
SO ORDERED:

*/s/ Vincent L. Briccetti*
Vincent L. Briccetti, U.S.D.J.
Dated: February 4, 2016
White Plains, NY

Respectfully submitted,

By:   /s/ Jacqueline M. James
Jacqueline M. James, Esq.
jjameslaw@optonline.net
The James Law Firm PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
Telephone: 914-358-6423
Facsimile: 914-358-6424

1